**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**RODRIGUEZ OSVALDO,**

    Petitioner,

vs.                                                    Case No. 4:04cv467-WS/WCS

**JOHN D. ASHCROFT,
U. S. ATTORNEY GENERAL, et al.,**

    Respondents.

_____/

**REPORT AND RECOMMENDATION**

Petitioner, proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. Petitioner is a native and citizen of Cuba, admitted to this country in 1980 as part of the Mariel Cuban boat lift. Respondents were recently directed to show good cause as to why Petitioner should not be released from detention since he had been in ICE custody since February 9, 2004. *See* doc. 5; doc. 18. In response, Respondents now assert that despite the recent change in law as a result of the United States Supreme Court's decision in Clark v. Suarez Martinez, 125 S.Ct. 716 (2005), on January 12, 2005,[1] the petition is moot because Petitioner is no longer in

---

[1] Clark reversed Benitez v. Wallis, 337 F.3d 1289 (11th Cir. 2003), a case upon which Respondent previously argued in this case that Petitioner's continued detention was lawful. Doc. 5.

custody. Respondents advise the Court that Petitioner was released from detention under an Order of Supervision on February 7, 2005. Doc. 19. Thus, Respondents demonstrate that there is no longer a case or controversy between the parties. Because Petitioner is not in custody, which is a prerequisite to habeas relief, *see* Spencer v. Kamna, 523 U.S. 1 (1998), this § 2241 petition should be dismissed as moot. Dismissal is without prejudice should Petitioner again be held in custody prior to effecting his removal.

In light of the foregoing, it is respectfully **RECOMMENDED** that the instant § 2241 petition, doc. 1, be **DISMISSED as moot** without prejudice because Petitioner has been afforded the relief requested in the petition and all other pending motions be **DENIED**.

**IN CHAMBERS** at Tallahassee, Florida, on March 17, 2005.

s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**