IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RODRIGUEZ OSVALDO,

        Petitioner,

v.                                                                                              4:04cv467-WS

JOHN D. ASHCROFT,
U.S. ATTORNEY GENERAL, et al.,

        Respondents.

ORDER DISMISSING PETITIONER'S PETITION
FOR WRIT OF HABEAS CORPUS

      Before the court is the magistrate judge's report and recommendation docketed March 17, 2005.  See Doc. 20.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed as moot.   The petitioner has not filed objections to the report and recommendation.

      Having carefully considered the record, this court has determined that the recommendation should be adopted.

      Accordingly, it is ORDERED:

      1.  The magistrate judge's report and recommendation (doc. 20) is hereby

ADOPTED and incorporated by reference in this order of the court.

    2. The petitioner's petition for writ of habeas corpus (doc. 1) is hereby DISMISSED as moot.

    3. The clerk is directed to enter judgment accordingly.

DONE AND ORDERED this April 27, 2005.


        /s William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE